104 So.2d 331

### UNITED STATES STEEL CORPORATION

v.

### Pickett M. WALTON and Department of Industrial Relations.

### 6 Div. 563.

Court of Appeals of Alabama.

March 25, 1958.

Rehearing Denied May 13, 1958.

Burr, McKamy, Moore & Thomas, Birmingham, for appellant.

Cooper, Mitch & Black, Birmingham, for appellees.

CATES, Judge.

Walton, a railroad conductor, was unemployed when the locomotive engineers struck April 28–June 30, 1956—see United States Steel Corp. v. Patterson, post, p. 430, 104 So.2d 330.

This is the obverse of the 1955 strike of the rail conductors involved in the Garris case (United States Steel Corp. v. Garris, ante, p. 428, 104 So.2d 327.)

On authority of Usher v. Department of Industrial Relations, 261 Ala. 509, 75 So.2d 165, the judgment of the trial court is

Affirmed.